# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Casper, Denise J. | 2. Court or Organization<br><br>U.S. District Court for District of MA | 3. Date of Report<br><br>10/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 3. | Director | The Steppingstone Foundation |
| 4. | Trustee | The Park School |
| 5. | Fund Advisor | Donor Advised Fund #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of America Accounts | B | Interest | P1 | T | | | | | |
| 2. | Alere Common Stock (ALR) | | None | | | Sold | 04/16/14 | K | D | |
| 3. | Bayer AG (ADR) Common Stock | | None | | | Sold | 04/16/14 | L | E | |
| 4. | Thermo Fisher Scientific Common Stock (TMO). See Notes | D | Dividend | P1 | T | Sold (part) | 05/01/14 | P1 | H1 | |
| 5. | | | | | | Sold (part) | 05/02/14 | P2 | H1 | |
| 6. | | | | | | Sold (part) | 11/18/14 | P2 | H1 | |
| 7. | | | | | | Donated (part) | | | | |
| 8. | Thermo Fisher Scientific Stock Options. See Notes | | None | P3 | T | | 05/01/14 | P1 | H1 | |
| 9. | | | | | | | 05/02/14 | P2 | H1 | |
| 10. | | | | | | | 11/18/14 | P2 | H1 | |
| 11. | Thermo Fisher Scientific Restricted Stock Units. | | None | P1 | T | | 02/15/14 | P1 | H1 | |
| 12. | | | | | | | 03/02/14 | P1 | H1 | |
| 13. | | | | | | | 05/01/14 | N | G | |
| 14. | | | | | | | 05/02/14 | P1 | H1 | |
| 15. | | | | | | | 08/26/14 | M | G | |
| 16. | | | | | | | 11/18/14 | L | F | |
| 17. | Charles Schwab Money Market Accounts | A | Interest | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Short Term Bond ETF | A | Dividend | J | T | | | | | |
| 19. Dodge & Cox Intl Stock Mutual Fund (DODFX) | | None | | | Sold | 04/16/14 | K | B | |
| 20. Bain Capital Fund VIII Limited Partnership | | None | M | W | | | | | |
| 21. Bain Capital VI Limited Partnership | A | Int./Div. | J | W | | | | | |
| 22. Bain Capital VII Limited Partnership | | None | K | W | | | | | |
| 23. Bain Capital VI Limited Partnership | | None | J | W | | | | | |
| 24. Bain Venture Fund 2001 Limited Partnership | | None | J | W | | | | | |
| 25. Water Street Healthcare Partners limited partnership | | None | N | W | | | | | |
| 26. Water Street Healthcare Partners II limited partnership | | None | M | W | | | | | |
| 27. TPG FOF VI-QP, LP | | None | M | W | | | | | |
| 28. TPG FOF V-QP-AIVs | | None | L | W | | | | | |
| 29. Special Opportunities Fund III limited partnership | | None | M | W | | | | | |
| 30. Special Opportunities Fund IV limited partnership | | None | M | W | | | | | |
| 31. Charlesbank Equity Coinvest | | None | M | W | | | | | |
| 32. Zimmer Holdings Phantom Stock Units | C | Dividend | N | T | | | | | |
| 33. Zimmer Holdings Restricted Stock Units. See Note | A | Dividend | N | T | | | | | |
| 34. Zimmer Holdings (ZMH). See Note | A | Dividend | | | Sold | 07/31/14 | N | F | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Goldman Sachs Money Market Account | A | Interest | | | Closed | 05/30/14 | O | | |
| 36. Trust #1 assets listed with -- below | | | | | | | | | |
| 37. --GS Investment Grade Credit Fund A | B | Dividend | K | T | | | | | |
| 38. --GS Short Duration T/F Mutual Fund Class A | B | Dividend | M | T | | | | | |
| 39. --Standard and Poors 500 Depository Receipts Mutual Fund | B | Dividend | M | T | | | | | |
| 40. --GS Emerging Markets Equity Fund GEMIX | A | Dividend | K | T | | | | | |
| 41. --Euro Stoxx 50 FD ETF | B | Dividend | K | T | | | | | |
| 42. --GS Financial Sq. Federal Funds Mutual Fund | A | Interest | L | T | | | | | |
| 43. Trust #2 assets listed with -- below (Y) | | | | | | | | | |
| 44. --Thermo Fisher Scientific Common Stock (TMO) (Y) | | | | | | | | | |
| 45. Vanguard ST Bond ETF (BSV) | B | Dividend | L | T | | | | | |
| 46. SPDR S&P Bank ETF (KBE) | B | Dividend | L | T | | | | | |
| 47. U.S. Savings Bonds | B | Interest | K | W | | | | | |
| 48. Trust #3 assets listed with -- below | | | | | | | | | |
| 49. --Schwab Gov't Money Fund: SWGXX | A | Interest | K | T | Open | 09/22/14 | K | | |
| 50. Mass Bay transportation Auth Rev 5.2500% 7/1/15 bond | B | Interest | | | Sold | 04/16/14 | M | | |
| 51. Mass IB 5.375% 1/1/16 bond (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lone Star College System Rev Bond 5.0000% 8/15/16 | C | Interest | | | Sold | 04/21/14 | M | | |
| 53. Univ Mass Bldg Aut Proj Rev 5/25% 11/1/26 bond | C | Interest | | | Sold | 04/16/14 | M | | |
| 54. Mass Water Re Authority 5.25% 8/1/17 bond | B | Interest | | | Sold | 04/21/14 | M | C | |
| 55. Seattle WA Rev 5% 2/1/18 bond | B | Interest | | | Sold | 04/11/14 | M | C | |
| 56. NJ Trans TR FD Auth Rev 5% 12/15/18 bond | B | Interest | | | Sold | 04/21/14 | L | D | |
| 57. Chicago, IL GO 5% 12/1/19 Bond | B | Interest | | | Sold | 04/28/14 | M | | |
| 58. Kansas Dept of Trans Rev 5% 9/1/22 bond | A | Interest | | | Sold | 04/11/14 | M | D | |
| 59. GS 1% 10/20/2014 Linked 10 yr notes-bond (Y) | | | | | | | | | |
| 60. Mass GO 5% 8/1/14 Bond | B | Interest | | | Sold | 04/16/14 | M | | |
| 61. MASS GO 5% 8/1/26 | C | Interest | | | Sold | 04/16/14 | M | | |
| 62. Univ Mass Bld 5% 11/1/16 Bond | C | Interest | | | Sold | 04/28/14 | M | | |
| 63. Harris Cty 6% 9/1/15 Bond | B | Interest | | | Sold | 04/21/14 | M | | |
| 64. Abilene TX 5% 2/15/22 Bond | C | Interest | | | Sold | 04/16/14 | M | | |
| 65. Mesa AZ St. & Hwy. 5.5% 7/1/15 Bond | B | Interest | | | Sold | 04/28/14 | M | | |
| 66. Mass GO 5.5% 11/1/15 Bond | C | Interest | | | Sold | 04/16/14 | M | | |
| 67. Mass School 5% 10/15/17 Bond | C | Interest | | | Sold | 04/16/14 | M | | |
| 68. Univ. Wash. 5% 4/1/19 Bond | C | Interest | | | Sold | 04/21/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aston River Small Cap Value Fund (ARSVX) | | None | | | Sold | 04/16/14 | K | B | |
| 70. Credit Suisse Commodity Return Strategy Fund (CRSAX)) | | None | | | Sold | 04/16/14 | J | A | |
| 71. Driehaus Emerging Markets Growth Fund (DREGX) | | None | | | Sold | 04/16/14 | J | B | |
| 72. IQ Alpha Hedge Strategy Fund (IQHIX) | | None | | | Sold | 04/16/14 | J | A | |
| 73. Oakmark Select Fund (OAKLX) | | None | | | Sold | 04/16/14 | J | C | |
| 74. Amicus Therapeutics (FOLD) | | None | M | T | | | | | |
| 75. Endocyte, Inc. (ECYT) | | None | K | T | | | | | |
| 76. Springfield, MA 4% 9/15/18 Bond | B | Interest | | | Sold | 04/11/14 | M | | |
| 77. Southwick Tolland 5% 5/15/19 Bond | C | Interest | | | Sold | 04/11/14 | M | | |
| 78. Barclays Bank IPATH ETN (DJP) | | None | N | T | Buy | 11/26/14 | N | | |
| 79. | | | | | Sold (part) | 12/31/14 | M | | |
| 80. Ishares Tr Msci Eafe (EFA) | D | Dividend | P1 | T | Buy | 11/26/14 | P1 | | |
| 81. | | | | | Sold (part) | 12/31/14 | P1 | | |
| 82. Touchstone Sands Capital Instl Growth FD (CISGX) | F | Distribution | O | T | Buy | 05/13/14 | N | | |
| 83. | | | | | Buy | 09/12/14 | N | | |
| 84. | | | | | Buy | 12/22/14 | L | | |
| 85. Altair Smaller Companies FD Inst: (ASCSZ) | | None | O | T | Buy | 12/16/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/23/14 | M | | |
| 87. Put S&P 500 Index $1500 EXP 12/20/14: (SPX) 12/20/2014 1500.00P | | None | | | Buy | 06/05/14 | K | | |
| 88. | | | | | Expired | 12/19/14 | J | | |
| 89. Ishares Tr Russell 2000 ETF (IWM) | B | Dividend | | | Buy | 04/22/14 | L | | |
| 90. | | | | | Buy | 05/13/14 | M | | |
| 91. | | | | | Sold (part) | 12/11/14 | M | D | |
| 92. | | | | | Sold | 12/17/14 | J | A | |
| 93. Good Harbor Tactical Core US (GHUIX) | A | Distribution | O | T | Buy | 04/22/14 | N | | |
| 94. | | | | | Buy | 06/12/14 | L | | |
| 95. | | | | | Buy | 08/05/14 | M | | |
| 96. | | | | | Buy | 11/26/14 | L | | |
| 97. AMG GW&K Muni BD FD Inst (GWMIX) | E | Distribution | P1 | T | Buy | 04/22/14 | O | | |
| 98. | | | | | Buy | 05/13/14 | O | | |
| 99. | | | | | Buy | 11/26/14 | M | | |
| 100. Templeton Global Bond Fund ADV CL (TGBAX) | E | Dividend | N | T | Buy | 04/22/14 | M | | |
| 101. | | | | | Buy | 05/13/14 | M | | |
| 102. | | | | | Buy | 11/26/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Van Eck Cm Commodity Index Fd 1 (COMIX) | | None | | | Buy | 05/13/14 | M | | |
| 104. | | | | | Buy | 08/05/14 | K | | |
| 105. | | | | | Sold | 11/26/14 | M | | |
| 106. Manning & Napier World Oppty A (EXWAX) | E | Distribution | | | Buy | 04/30/14 | N | | |
| 107. | | | | | Buy | 05/13/14 | K | | |
| 108. | | | | | Buy | 09/12/14 | N | | |
| 109. | | | | | Sold | 11/26/14 | P1 | | |
| 110. Driehaus Emerging Mrkts Growth Fund (DREGX) | D | Distribution | N | T | Buy | 04/22/14 | L | | |
| 111. | | | | | Buy | 05/13/14 | M | | |
| 112. | | | | | Buy | 08/05/14 | K | | |
| 113. | | | | | Buy | 11/26/14 | L | | |
| 114. Vanguard Total Bond Mkt Index Admiral Shr (VBTLX) | C | Distribution | N | T | Buy | 09/29/14 | N | | |
| 115. PIMCO Total Return Fund Instl Cl (PTTRX) | C | Dividend | | | Buy | 04/22/14 | N | | |
| 116. | | | | | Buy | 05/13/14 | M | | |
| 117. | | | | | Sold (part) | 06/12/14 | J | A | |
| 118. | | | | | Sold | 09/26/14 | N | B | |
| 119. Vanguard Glbl Ex US Real Estate Index Admiral (VGRLX) | D | Dividend | N | T | Buy | 05/13/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 09/12/14 | M | | |
| 121. | | | | | Buy | 12/31/14 | M | | |
| 122.  Oakmark Select Fund (OAKLX) | F | Distribution | O | T | Buy | 05/13/14 | N | | |
| 123. | | | | | Buy | 09/12/14 | N | | |
| 124. | | | | | Buy | 12/31/14 | L | | |
| 125.  Vanguard REIT Index Admiral Share (VGSLX) | D | Dividend | N | T | Buy | 09/12/14 | M | | |
| 126. | | | | | Buy | 12/31/14 | M | | |
| 127.  FPA Crescent Fund Inst Cl Shares (FPC1Z) | E | Distribution | O | T | Buy | 04/22/14 | N | | |
| 128. | | | | | Buy | 05/13/14 | M | | |
| 129. | | | | | Buy | 08/05/14 | L | | |
| 130. | | | | | Buy | 12/31/14 | K | | |
| 131.  Aurora Horizons Y (AHFYX) | C | Distribution | N | T | Buy | 04/22/14 | N | | |
| 132. | | | | | Buy | 05/13/14 | M | | |
| 133. | | | | | Buy | 08/05/14 | L | | |
| 134. | | | | | Buy | 12/31/14 | K | | |
| 135.  Pimco Global Multi Asset Cl Inst (PGAIX) | A | Distribution | M | T | Buy | 06/12/14 | L | | |
| 136. | | | | | Buy | 12/31/14 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Vanguard REIT Index Fd Signal (VGRSX) | | None | | | Buy | 05/13/14 | M | | |
| 138. | | | | | Merged (with line 125) | 05/27/14 | M | | |
| 139. Pennsylvan Cmnwlth 5%15GO UTX Due 5/15/15 | | None | | | Sold | 04/28/14 | M | | |
| 140. Mass ST Coll Bldg A 5%20EDUC FAC Due 5/1/20 | | None | | | Buy | 03/03/14 | L | | |
| 141. | | | | | Sold | 04/21/14 | L | | |
| 142. District of Columbia 5%14DB UTX Due 6/1/14 | | None | | | Sold | 04/16/14 | L | | |
| 143. United St Commodity ETF Index Fund (USCI) | | None | K | T | Buy | 06/12/14 | M | | |
| 144. Charles Schwab Money Market Account | A | Interest | J | T | Open | 06/12/14 | O | | |
| 145. PIMCO Total Return Fund Instl CL (PTTRX) | C | Dividend | | | Buy | 06/13/14 | O | | |
| 146. | | | | | Sold | 09/26/14 | O | | |
| 147. Vanguard Total BondMkt Index Admiral Shr (VBTLX) | C | Distribution | O | T | Buy | 09/29/14 | O | | |
| 148. United St Commodity ETF Index Fund (USCI) | | None | M | T | Buy | 04/22/14 | M | | |
| 149. | | | | | Buy | 05/19/14 | L | | |
| 150. Van Eck Cm Commodity Index Fd 1 (COMIX) | | None | | | Buy | 04/23/14 | L | | |
| 151. | | | | | Sold | 05/13/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 10/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 9-11: Thermo Fisher Scientific Stock Option transactions listed in lines 9-11 are exercise of stock options. Thermo Fisher Scientific Common Stock (TMO) received upon exercise was sold and is included in lines 4-6.

Part VII, lines 43-44: Trust is no longer reportable. See 5 U.S.C. App. § 102(f)(2)(B).

Part VII, line 51: Bond described in line 52 was sold on January 1, 2013. The bond was described in line 63 of the 2013 report but the sale was inadvertently omitted from the report. The bond was sold for value code M and there was no gain on the sale.

Part VII, line 59: Item described in line 60 became nonreportable in 2013.

Part VII, line 61: In prior reports maturity date of bond was incorrectly shown as 8/1/2016.

Part VII, Line 140: Purchase shown on line 140 was inadvertently omitted from the initial 2014 report.

Part VII, Line 151: Sale reported on line 151 was inadvertently omitted from the initial 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544